# United States Court of Appeals
## For the First Circuit

No. 08-1979

YAHYA BANTURINO,

Petitioner,

v.

ERIC H. HOLDER, JR.,
ATTORNEY GENERAL,

Respondent.

### ERRATA

The opinion of this Court, issued on July 31, 2009, should be amended as follows:

On p.6, line 1:  Delete "[FN1]"

On p.9, line 4 of block quotation:  Replace "pattern of practice" with "pattern or practice"

On p. 10, line 4:  Replace "pattern of practice" with "pattern or practice"

On p.11, line 7:  Replace "303 Fed.Appx. 1,"  with "303 Fed. App'x 1"

On p.11, line 8:  Replace "(1st Cir. Oct. 5,2007) (unpub)"  with "(1st Cir. Oct. 5, 2007) (unpub.)"